IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EISAMAN CONTRACT ASSOCS., INC., ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> SMITH SYS. MFG., CO., ) <br> ) <br> **Defendant.** ) | No. 2:17-cv-00061-RCM <br><br> Magistrate Judge Robert C. Mitchell |

### ORDER

**IT IS ORDERED** this 1st day of June, 2017, for the reasons set forth in the memorandum opinion filed this date, that the Clerk of Court, pursuant to 28 U.S.C. § 1404(a), forthwith transfer this action to the United States District Court for the Eastern District of Texas's Sherman Division courthouse in Plano, Texas, for further proceedings.

**IT IS FURTHER ORDERED** that Smith System Manufacturing Company's Rule 12(b)(6) motion to dismiss (Docket No. 9) is denied as moot due to the sua sponte transfer of this action.

/s/ Robert C. Mitchell
United States Magistrate Judge

cc:   All Counsel of Record